CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 0 6 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

NATHAN WILSON,  )
    Plaintiff,  )    **Civil Action No. 7:05cv00731**
    )
v.  )
    )    <u>**FINAL ORDER**</u>
VIRGINIA DEPARTMENT OF  )
CORRECTIONS,  )
    Defendant.  )    **By: Samuel G. Wilson**
    )    **United States District Judge**

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1). This case

is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

**ENTER**: This _6th_ day of December, 2005

                                      UNITED STATES DISTRICT JUDGE